HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
FREDY ANTONIO MIRA ECHEVERRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br> v. <br> FREDY ANTONIO MIRA ECHEVERRIA, <br> *Defendant*. | No. 1:13-cr-00274-AWI-BAM-1 <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date: September 30, 2013 <br> Time: 10:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia Anne Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Jerome Price, Counsel for Defendant Fredy Antonio Mira Echeverria, that the status conference set for September 3, 2013 at 10:00 a.m., **may be rescheduled to September 30, 2013 at 10:00 a.m.**

This was originally a fast-track case. Mr. Echeverria has opted not to accept the fast-track plea offer. However, defense counsel and the government are still in ongoing plea negotiations, which we expect will result in another offer from the government. It is anticipated that Mr. Echeverria will change his plea pursuant to a forthcoming offer. To allow time for counsel to complete plea negotiations and due to defense counsel unavailability on currently scheduled status hearing date, the parties request that the status conference be continued to the above-referenced date and time. The requested continuance will conserve time and resources for both counsel and the court.

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3   3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4   best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 28, 2013

/s/ *Mia Giacomazzi*
MIA ANNE GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: August 28, 2013

/s/ *Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
FREDY ANTONIO MIRA ECHEVERRIA

**ORDER**

IT IS SO ORDERED.

Dated:   August 28, 2013

_____
SENIOR  DISTRICT  JUDGE

ECHEVERRIA: Stipulation and ORDER to Continue
Status Conference Hearing                             2