HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
FREDY A. MIRA ECHEVERRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00274 AWI-BAM 1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE SENTENCING |
| vs. | ) | HEARING;  ORDER |
| | ) | |
| FREDY A. MIRA ECHEVERRIA, | ) | Date:    February 3, 2014 |
| | ) | Time:    10:00 a.m. |
| Defendant. | ) | Judge:  Anthony W. Ishii |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel Assistant United States Attorney, Mia Anne Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, counsel for Defendant, Fredy Antonio Mira Echeverria, that the hearing currently set for January 13, 2014, at 10:00 a.m., may be rescheduled to February 3, 2014, at 10:00 a.m.

   Further investigation is needed for the sentencing.  The defense has knowledge of a witness that may provide substantial mitigation evidence for sentencing.  The defense has not been able to make contact with the witness.  The additional time will allow the defense to make contact with the witness and obtain the necessary information.  The requested continuance will conserve time and resources for both counsel and the court.

   As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  January 3, 2014           /s/ *Mia Giacomazzi*
                                  MIA GIACOMAZZI
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Dated:  January 3, 2014           /s/ *Jerome Price*
                                  JEROME PRICE
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  FREDY A. MIRA ECHEVERRIA


**O R D E R**

IT IS SO ORDERED.

Dated:   January 3, 2014            _____
                                    SENIOR  DISTRICT  JUDGE