HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
FREDY A. MIRA ECHEVERRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-CR-00274 AWI-BAM 1 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING |
| vs. | ) ) | HEARING; ORDER THEREON |
| FREDY A. MIRA ECHEVERRIA, | ) ) | Date:   February 3, 2014 Time:   10:00 a.m. |
| Defendant. | ) ) ) | Judge:  Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel Assistant United States Attorney, Mia Anne Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, Fredy Antonio Mira Echeverria, that the hearing currently set for February 3, 2014, at 10:00 a.m., may be rescheduled to March 10, 2014, at 10:00 a.m.

The parties have previously stipulated to a continuance so that defense counsel could conduct further investigation to present mitigation evidence for the sentencing hearing.  The defense has concluded the investigation, but the course of the investigation has delayed the preparation and filing of sentencing memorandum for the Court which would include several exhibits.  The continuance will give defense counsel time to file the sentencing memorandum and counsel for the government an opportunity to review and respond with opposition memoranda if necessary.  The hearing date of March 10, 2014, is requested because both defense counsel and counsel for the government will be out of the country for almost the entire month of

1  February combined.  The requested continuance will conserve time and resources for both
2  counsel and the court.
3       As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial
4  Act.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: January 30, 2014                      /s/ *Mia Giacomazzi*
                                                MIA GIACOMAZZI
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                HEATHER E. WILLIAMS
                                                Federal Defender


Dated: January 30, 2014                      /s/ *Jerome Price*
                                                JEROME PRICE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                FREDY A. MIRA ECHEVERRIA


**O R D E R**

IT IS SO ORDERED.

Dated: January 31, 2014                        [signature]
                                                SENIOR DISTRICT JUDGE